IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-104-F

| | |
|---|---|
| ROBERT A. LOVAS, and CASEY LOVAS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHICAGO TITLE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____)<br>)<br>CHICAGO TITLE INSURANCE COMPANY, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>ROBERT A. LOVAS, and CASEY LOVAS, )<br>)<br>Counter Defendants. ) | **ORDER** |

The court has been notified that the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before November 2, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. SO ORDERED. This, the 2' day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge